**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-6142

MALCOLM MUHAMMAD,

Plaintiff – Appellant,

v.

RANDALL C. MATHENA, Warden; JOHN D. WARATH, Assistant Warden;
GEORGE HINKLE, Regional Administrator; P. SCARBERRY, Food
Service Director; MR. BROCK, Assistant Food Service Director;
LINDA SHEAR, Head Dietician for VADOC; CURTIS L. CARR,
Regional Ombudsman; B. TAYLOR,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Jackson L. Kiser, Senior
District Judge. (7:14-cv-00134-JLK-RSB)

Submitted: June 29, 2015               Decided: July 24, 2015

Before KING, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Malcolm Muhammad, Appellant Pro Se. Margaret Hoehl O'Shea, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malcolm Muhammad appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Muhammad v. Mathena, No. 7:14-cv-00134-JLK-RSB (W.D. Va. Jan. 22, 2015). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED